UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>           Plaintiff,<br><br>     v.<br><br>**Saeed Zarakani**;<br>**Mardan, Inc.**, a California Corporation; and Does 1-10,<br><br>           Defendants | Case No.: 2:14-CV-00696-MCE-KJN<br><br>**REQUEST FOR TELEPHONIC APPEARANCE & ORDER THEREON** |

### **ORDER**

Having read the foregoing request by plaintiff's counsel, the Court hereby grants the request to appear telephonically at the December 18, 2014 Motion to Compel Initial Responses. The courtroom deputy shall email counsel with instructions on how to participate in the telephonic conference call.

IT IS SO ORDERED.

Dated:  December 16, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE