UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SAEED ZARAKANI, et al.,<br><br>            Defendants. | No. 2:14-cv-0696-MCE-KJN<br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

On January 14, 2015, the court issued two orders. One order directed defendants' attorney of record, William Bernheim, to pay $500.00 in monetary sanctions for his failure to comply with the court's prior orders and to provide the court with a written statement informing the court whether he intends to further represent defendants in this matter, and if not, to file for substitution of counsel in conformance with this court's local rules. (ECF No. 22.) The second order directed defendant Saeed Zarakani to provide the court with a written statement informing the court whether defendants have retained new counsel, and if not, whether they are seeking new counsel. (ECF No. 21.) Both orders required compliance within fourteen (14) days of their issuance, by no later than January 28, 2015. This deadline has since passed and, to date, the record reflects that neither order has been complied with or that any filings have been made in this matter by Mr. Bernheim or Mr. Zarakani since the court's January 14, 2014 orders.

1

1   To date, the only filing made since the issuance of the court's orders was a January 15,
2   2015 status report filed by plaintiff in response to a previous court order. (ECF No. 23.) In this
3   report, plaintiff represents that his counsel emailed defendants' purportedly incoming counsel,
4   Bruce Neilson, regarding the status of defendants' attorney substitution efforts. (Id. at 2.)
5   Plaintiff further represents that Mr. Neilson responded to this email on January 6, 2015, stating
6   that he had received a signed substitution of attorney form from defendants' prior attorney and
7   only needed to have defendants sign it and return it to him. (Id. at Exh. 1.) Plaintiff's counsel
8   replied to this email on January 7, 2015, requesting that Mr. Neilson confirm that he will be
9   handling the case and that he file any necessary paperwork to ensure that the substitution moves
10  forward. (Id.) However, plaintiff's counsel never received a response from Mr. Neilson
11  regarding this email and, to date, no substitution of attorney has been filed.

12  Based on the above representations and the complete silence from defendants and their
13  counsel of record with respect to the court's recent orders, the court finds it appropriate to hold a
14  status conference to determine whether defendants have in fact retained Mr. Neilson or another
15  attorney as new counsel, why Mr. Zarakani failed to respond to the court's January 14, 2015
16  order, how the parties wish to proceed with respect to the unanswered discovery requests plaintiff
17  seeks to compel, and whether the parties intend to seek settlement of this case. Accordingly, a
18  status conference will be set for ***Thursday March 26, 2015, at 10:00 a.m,.*** before the
19  undersigned. ***Counsel for plaintiff and defendant Saeed Zarakani are directed to make***
20  ***appearances at this conference.*** Furthermore, if defendants have retained Bruce Neilson or
21  another attorney as new counsel, then defendants' new counsel shall also appear at the status
22  conference even if he or she has not been formally substituted in as defendants' counsel of record
23  by that time. Alternatively, if defendants are still proceeding with William Bernheim as their
24  counsel of record, then Mr. Bernheim shall also make an appearance at the status conference.

25  By no later than fourteen (14) days prior to the status conference, the parties shall file a
26  ***joint status report*** addressing the following topics: (1) the status of defendants' purported
27  substitution of attorney; (2) whether defendants will continue to proceed in this matter with their
28  current counsel of record, or seek to substitute their current counsel of record with Bruce Neilson

1  or another attorney; (3) what, if any, meet and confer efforts the parties have made regarding
2  plaintiff's pending motion to compel; (4) whether defendants intend to provide plaintiff with
3  responses to the discovery requests plaintiff seeks to compel and, if so, by what date; (5) whether
4  the parties believe settlement of this action is desirable and, if so, whether the parties want to have
5  this case set for a settlement conference; and (6) any other relevant matters the parties believe
6  need to be brought to the court's attention.[1]  If either party files a non-joint status report in
7  response to this order, that party shall explain in their statement why it was not possible to file the
8  document as a joint report.
9         Furthermore, by no later than March 19, 2015, defendants' current counsel of record,
10 William Bernheim, is ordered to show cause in writing why he failed to timely pay the $500.00 in
11 monetary sanctions ordered against him on January 14, 2015.  Mr. Bernheim is cautioned that
12 should he fail to timely respond to this order to show cause, he could face additional sanctions
13 including, but not limited to, additional monetary sanctions and the issuance of a complaint
14 against him to the California State Bar regarding his apparent abandonment of his clients in this
15 action and failure to comply with this court's orders.
16         Based on the foregoing, IT IS HEREBY ORDERED that:
17         1.     A status conference is set for ***Thursday March 26, 2015, at 10:00 a.m,.*** in
18 Courtroom No. 25 before the undersigned.  ***Counsel for plaintiff and defendant Saeed Zarakani***
19 ***are directed to make appearances at this conference.***  If defendants intend to retain Bruce
20 Neilson or anther attorney as new counsel, then defendants' new counsel shall also appear at the
21 status conference even if he or she has not been formally substituted in as defendants' counsel of
22 record.  Alternatively, if defendants still intend to proceed with William Bernheim as their
23 counsel of record, then Mr. Bernheim shall make also an appearance at the status conference.
24 ////

---

[1] The court encourages the parties to meet and confer with one another when drafting the joint status report and to discuss the desirability of a settlement conference.  If the parties determine that they want to engage in a settlement conference, then the parties may file a joint request for such a conference along with a request to continue the above-scheduled status conference until after the proposed settlement conference date.

        2.      Not later than fourteen (14) days prior to the status conference, the parties shall file a *joint* status report addressing the following:

        a.      the status of defendants' purported substitution of attorney;

        b.      whether defendants will continue to proceed in this matter with their current counsel of record, or seek to substitute their current counsel of record with Bruce Neilson or another attorney;

        c.      what, if any, meet and confer efforts the parties have made regarding plaintiff's pending motion to compel;

        d.      whether defendants intend to provide plaintiff with responses to the discovery requests plaintiff seeks to compel and, if so, by what date;

        e.      whether the parties believe that settlement of this action is desirable and, if so, whether the parties want to have this case set for a settlement conference; and

        f.      any other relevant matters the parties believe need to be brought to the court's attention.

        3.      By no later than March 19, 2015, defendants' counsel of record, William Bernheim, shall show cause in writing why he failed to timely pay the $500.00 in monetary sanctions ordered against him on January 14, 2015.  Mr. Bernheim is again cautioned that should he fail to timely respond to this order to show cause, he could face additional sanctions including, but not limited to, additional monetary sanctions and the issuance of a complaint against him to the California State Bar regarding his apparent abandonment of his clients in this action and failure to comply with this court's orders.

        IT IS SO ORDERED.

Dated:  February 19, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE