UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SAEED ZARAKANI; MARDAN, INC., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case: 2:14-CV-00696-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

Defendant Saeed Zarakani only is hereby ordered to be dismissed without prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Joint Stipulation for Dismissal            Case: 2:14-CV-00696-MCE-KJN