UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SAEED ZARAKANI, et al.,

    Defendants.

No. 2:14-cv-0696-MCE-KJN

ORDER TO SHOW CAUSE

    On June 24, 2015, the court issued an order directing the parties to meet and confer, at a minimum by telephone, regarding the issues set forth in plaintiff's pending motion to compel discovery and to explore potential settlement options by no later than July 14, 2015. (ECF No. 43.) The parties were further directed to submit a joint status report by that same date outlining: (a) when and where the meet-and-confer session took place; (b) who was present; (c) whether a settlement conference before the undersigned (with a waiver of disqualification by all parties) or another magistrate judge should be scheduled; and (d) any other information the parties deem pertinent. (Id.) The July 14, 2015 deadline has long since passed and neither party has provided the court with the ordered joint statement or any other response to the court's June 24, 2015 order.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    By no later than September 1, 2015, counsel for both parties shall show cause in writing as to why they failed to comply with the court's June 24, 2015 order. If possible, the

1

1 parties shall file their response to this order to show cause as a joint statement. If a joint
2 statement is not possible, a party may file a separate response by the above deadline that also
3 states the efforts that party's counsel made to contact the opposing party's counsel regarding the
4 joint statement and the matters set forth in the court's June 24, 2015 order and why they were
5 unable to provide the court with a joint response.

      2.    Either or both parties' failure to file the above-ordered response will result in the imposition of appropriate sanctions, including, but not limited to, monetary sanctions – not including the sanctions that may be imposed for the parties failure to respond to the previous order.

      IT IS SO ORDERED.

Dated: August 18, 2015

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE