UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SAEED ZARAKANI, et al.,<br><br>    Defendants. | No. 2:14-cv-0696-MCE-KJN<br><br><br><br>ORDER |

On June 3, 2015, the court issued an order vacating the scheduled hearing date on plaintiff's pending motion to compel discovery, and directing the parties engage in meaningful settlement discussions and provide the court with a joint statement regarding those discussions by no later than July 14, 2015. (ECF No. 43.) The parties failed to timely file the ordered joint statement. Accordingly, on August 18, 2015, the court ordered the parties to show cause why they failed to timely file a joint statement. (ECF No. 44.) On September 1, 2015, defendant filed a status report and plaintiff filed a statement in support of that report. (ECF Nos. 45, 46.) In the status report, defendant's counsel states that he misinterpreted the court's June 3, 2015 order to mean that the parties only had to engage in settlement conference discussions by July 14, 2015, "and then could subsequently let the court know of the outcome and if a settlement conference was needed." (ECF No. 45 at 2.) He further states that defendant made a settlement offer to plaintiff that was rejected, and that plaintiff made a counter offer that defendant's counsel relayed

1

to defendant's shareholder and president, but that no decision could be made on the counter offer at least until the conclusion of a September 9, 2015 bankruptcy hearing involving the shareholder and president.  Due to these circumstances, defendant requests an additional 15 days to comply with the court's June 3, 2015 order.

In light of this response, the court finds it appropriate to discharge the August 18, 2015 order to show cause.  The parties are directed to continue with their settlement discussions and shall file a joint status report by no later than October 8, 2015 detailing:  (1) the parties' settlement discussions in the time since September 1, 2015; (2) whether a settlement conference before the undersigned (with a waiver of disqualification by all parties) or another magistrate judge should be scheduled; and (3) any other information the parties deem pertinent.  Upon review of the parties' joint status report, the court will further schedule any settlement proceedings and/or motion practice.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.	The August 18, 2015 order to show cause (ECF No. 44) is discharged.

2.	The parties shall continue with settlement discussions.  By no later than October 8, 2015, the parties shall file a joint status report detailing:  (1) the parties' settlement discussions in the time since September 1, 2015; (2) whether a settlement conference before the undersigned (with a waiver of disqualification by all parties) or another magistrate judge should be scheduled; and (3) any other information the parties deem pertinent.

3.	Upon review of the parties' joint status report, the court will further schedule any settlement proceedings and/or motion practice.

IT IS SO ORDERED.

Dated:  September 22, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE