UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SAEED ZARAKANI; MARDAN, INC., A California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-cv-00696-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing, his action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Order of Dismissal        Case: 2:14-cv-00696-MCE-KJN